AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARTIN ENWIA,

    Plaintiff,

CASE NUMBER: 08-cv-1906

V.

ASSIGNED JUDGE: Kennelly

ARTHUR HOFFMAN, M.D. and UNITED STATES OF AMERICA,

DESIGNATED MAGISTRATE JUDGE: Nolan

    Defendants.

TO: (Name and address of Defendant)

United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th floor
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald A. Shapiro
Matthew R. Basinger
Lauren D. Cohen
180 N. LaSalle Street, Suite 2300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

(By) DEPUTY CLERK



April 3, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  4/14/08 |
| NAME OF SERVER *(PRINT)*  Alejandra Rodriguez | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Served by certified mail with return receipt.

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | Certified Mail- $5.21 | $5.21 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/17/08
  *Date*         *Signature of Server*  (signed: Alejandra Rodriguez)

  180 N. LaSalle St., Suite 2300, Chicago, Illinois 60601
  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's Office
Northern District of Illinois,
Eastern Division
219 S. Dearborn, 5th floor
Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Doyle USATTY ☐ Agent ☐ Addressee

B. Received by (Printed Name): TDOYLE
C. Date of Delivery: 4-8-08

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0002 0926 3481

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Donald A. Shapiro, Ltd
180 N. LaSalle St.
Suite 2300
Chicago, IL 60601

Enviro, Martin