AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARTIN ENWIA,

       Plaintiff,

       V.

ARTHUR HOFFMAN, M.D. and UNITED
STATES OF AMERICA,

       Defendants.

CASE NUMBER: 08-cv-1906

ASSIGNED JUDGE: Kennelly

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald A. Shapiro
Mathew R. Basinger
Lauren D. Cohen
180 N. LaSalle Street, Suite 2300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**



----------------------------------------
(By) DEPUTY CLERK

April 4, 2008
----------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 4/14/08 |
| NAME OF SERVER *(PRINT)* Alejandra Rodriguez | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Served by certified mail with return receipt.

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Certified Mail- $5.21 | TOTAL $5.21 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/17/08
 *Date*    *Signature of Server*

180 N. LaSalle St., Suite 2300, Chicago, Illinois 60601
*Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emily Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>APR 0 9 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>U.S. Attorney General<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0002 0926 3474 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Donald A. Shapiro, Ltd.
180 N. LaSalle St.
Suite 2300
Chicago, IL 60601

_Enuria Martin_