UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN ENWIA | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1906 |
| | ) | |
| v. | ) | |
| | ) | |
| ARTHUR HOFFMAN, M.D., et al. | ) | Judge Kennelly |
| | ) | |
| Defendants. | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Gina E. Brock is no longer assigned

to this case and the undersigned Assistant United States Attorney is substituted in place of that

previously designated attorney. This designation is provided for informational purposes only and

does not constitute an appearance, a motion, or a responsive pleading and does not waive any

defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Amanda A. Berndt
     AMANDA A. BERNDT
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-1413

<u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that the following document:

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

was served on May 1, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


   s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1413