UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Martin Enwia
                            Plaintiff,

v.                                                 Case No.: 1:08−cv−01906
                                                        Honorable Matthew F. Kennelly

Arthur Hoffman, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b), held on 6/10/2008 with attorneys for both sides. Rule 26(a)(1) disclosures are to be made by 7/8/2008. Deadline for amending pleadings and adding parties is 11/17/2008. Fact discovery ordered closed 1/16/2009, including treating medical personnel. Rule 26(a)(2) disclosures are due 3/16/2008. Expert discovery ordered closed 4/30/2008. Status hearing continued to 9/11/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.