UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARTIN ENWIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 08 CV 1906 |
| ) | |
| ARTHUR HOFFMAN, M.D. and ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES

NOW COMES the Plaintiff, MARTIN ENWIA, and in reply to the Defendant, UNITED STATES OF AMERICA'S Affirmative Defenses to Plaintiff's Complaint at Law, states as follows:

AFFIRMATIVE DEFENSES

1. Plaintiff denies.

2. Plaintiff denies.

3. Plaintiff denies.

4. Plaintiff denies.

5. Plaintiff denies.

WHEREFORE, Plaintiff, MARTIN ENWIA, prays that Defendant, UNITED STATES OF AMERICA'S Affirmative Defenses be stricken and that judgment be entered on behalf of Plaintiff as prayed for in Plaintiff's Complaint At Law.

                RESPECTFULLY SUBMITTED,


                */s/ Matthew R. Basinger*
                DONALD A. SHAPIRO, LTD.

DONALD A. SHAPIRO
MATTHEW R. BASINGER
DONALD A. SHAPIRO, LTD
180 NORTH LASALLE STREET, SUITE 2300
CHICAGO, ILLINOIS 60601
312-263-3443
ATTORNEY NO. 22906

CERTIFICATE OF SERVICE

      I hereby certify that on June 12th , 2008, a copy of the foregoing **Plaintiff's Reply to Defendant's Affirmative Defenses** was filed electronically using the Court's CM/ECF E-filing system. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      Amanda A. Berndt
      Assistant United States Attorney
      219 S. Dearborn Street
      Chicago, Illinois 60604


      */s/ Matthew R. Basinger*
      DONALD A. SHAPIRO, LTD.
      180 N. LaSalle Street
      Suite 2300
      Chicago, Illinois 60601
      (312) 263-3443
      (312) 263-4609 (fax)