UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN ENWIA                     )<br>                                                )<br>            Plaintiff,            )<br>                                                )<br>      v.                                      )<br>                                                )<br>ARTHUR HOFFMAN, M.D., et al.  )<br>                                                )<br>            Defendants.         ) | No. 08 C 1906<br><br>Judge Kennelly |

## DEFENDANT ARTHUR HOFFMAN'S MOTION TO DISMISS

Defendant Arthur Hoffman, M.D., by his attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves to dismiss Count I of the complaint for failure to state a claim and on the basis of qualified immunity pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendant Hoffman herewith files a memorandum in support of this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Amanda A. Berndt
    AMANDA A. BERNDT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1413
    amanda.berndt@usdoj.gov