UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN ENWIA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1906 |
| v. | ) | |
| | ) | Judge Kennelly |
| ARTHUR HOFFMAN, M.D., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Donald A. Shapiro
      Matthew R. Basinger
      Lauren Cohen
      180 N. LaSalle, Suite 2300
      Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **Tuesday, July 8, 2008 at 9:30a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Kennelly in Room 2103, in the Everett Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his stead, and then and there present **DR. ARTHUR HOFFMAN'S MOTION TO DISMISS** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Amanda A. Berndt
     AMANDA A. BERNDT
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-1413
     Amanda.Berndt@usdoj.gov