UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARTIN ENWIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 1906 |
| ) | |
| ARTHUR HOFFMAN, M.D. and ) | HON. MATTHEW F. KENNELLY |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)

NOW COMES the plaintiff, by his attorneys, DONALD A. SHAPIRO, LTD.,

and pursuant to FRCP 26(a)(1) hereby provide these initial disclosures.

TO:    Amanda Ann Berndt
       United States Attorney's Office (NDIL)
       219 South Dearborn Street
       Suite 500
       Chicago, IL 60604

(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Arthur Hoffman, M.D.
2657 Broadway Avenue
Evantson, Illinois 60201
(847) 733-0001


Dr. Hoffman has knowledge of various matters relating to the medical history, treatment, diagnosis and nature of injury sustained by Martin Enwia, as reflected in the medical records.

Dr. Rene Vasquez
Dr. Jagan Mohan
Dr. B. Nowakowski
Dr. Spiro Stamelos
Thorek Memorial Hospital
850 W. Irving Park
Chicago, Illinois 60613

(773) 525-6780

Dr. Rene Vasquez, Dr. Jagan Mohan, Dr. B. Nowakowski, and Dr. Spiro Stamelos have knowledge of various matters relating to the medical history, treatment, diagnosis and nature of injury sustained by Martin Enwia, as reflected in the medical records.

Dr. Peter Petrovas
5962 N. Lincoln Avenue
Suite 12
Chicago, Illinois 60659
(773) 989-4305

Dr. Peter Petrovas has knowledge of various matters relating to the medical history, treatment, diagnosis and nature of injury sustained by Martin Enwia, as reflected in the medical records.

Other medical personnel named in medical records have knowledge of various matters relating to the medical history, treatment, diagnosis and nature of injury sustained by Martin Enwia, as reflected in the medical records.

Martin Enwia
5440 W. Brimmel
Skokie, Illinois 60077
(847) 967-0245

Martin Enwia, has knowledge of the facts alleged in the complaint and of his pain and disability.

(B) <u>A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.</u>

Plaintiff's counsel is in possession of Martin Enwia's medical records from Thorek Memorial Hospital, Open Advanced MRI, Michael Reese Hospital, Dr. Peter Petrovas and various records from Metropolitan Correctional Center, including an "inmate request to staff member," "Request for Medical Care," and two "Request for Administrative Remedy" forms.

(C) <u>A computation of any category of damages claimed by the disclosing party making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.</u>

Plaintiff claims damages of $5,000,000.00 inclusive of pain and suffering, past and future, disability past and future, lost wages and medical expenses. Plaintiff further claims the maximum allowable interest pursuant to 28 U.S.C. § 1961.

(D) <u>For inspection and copying under Rule 34 and insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.</u>

None.

RESPECTFULLY SUBMITTED:


*/s/ Matthew R. Basinger*  _____
DONALD A. SHAPIRO
MATTHEW R. BASINGER
ATTORNEYS FOR PLAINTIFF
DONALD A. SHAPIRO, LTD.
180 NORTH LASALLE STREET
SUITE 2300
CHICAGO, ILLINOIS 60601
(312) 263-3443