# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1906 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Enwia vs. Hoffman | | |

**DOCKET ENTRY TEXT**

Motion to dismiss is denied for the reasons stated in open court. Answer to complaint is to be filed by 7/22/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|